UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ENVIRONMENTAL PROTECTION AGENCY,
TRICHLOROETHYLENE (TCE); REGULATION UNDER
THE TOXIC SUBSTANCES CONTROL ACT (TSCA),
89 FED. REG. 102568, PUBLISHED ON DEC. 17, 2024     MCP No. 193

(SEE ATTACHED SCHEDULE)

**CONSOLIDATION ORDER**

The Environmental Protection Agency issued a Final Rule dated December 17, 2024. On January 13, 2025, the Panel received, pursuant to 28 U.S.C. § 2112(a)(3), a notice of multicircuit petitions for review of that Final Rule. The notice included petitions for review pending in the following nine Circuit Courts of Appeal: First Circuit, Second Circuit, Third Circuit, Fifth Circuit, Sixth Circuit, Eighth Circuit, Ninth Circuit, Eleventh Circuit, and District of Columbia Circuit.

The Panel has randomly selected the United States Court of Appeals for the Third Circuit in which to consolidate these petitions for review.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 2112(a)(3), the petitions on the attached schedule are consolidated in the United States Court of Appeals for the Third Circuit, and that this circuit is designated as the circuit in which the record is to be filed pursuant to Rules 16 and 17 of the Federal Rules of Appellate Procedure.

FOR THE PANEL:

Chelsea Thomas; Case Administrator
Random Selector

Ajonee Miller; Case Administrator
Witness

IN RE: ENVIRONMENTAL PROTECTION AGENCY, TRICHLOROETHYLENE (TCE); REGULATION UNDER THE TOXIC SUBSTANCES CONTROL ACT (TSCA), 89 FED. REG. 102568, PUBLISHED ON DEC. 17, 2024

MCP No. 193

## SCHEDULE OF PETITIONS

| CIRCUIT NO. | CASE CAPTION |
|---|---|
| First Circuit, No. 25-1044 | Massachusetts Coalition for Occupational Safety and Health v. U.S. EPA |
| Second Circuit, No. 25-61 | Environmental Defense Fund v. U.S. EPA, et al. |
| Third Circuit, No. 25-1055 | United Steel, Paper and Forestry, et al. v. U.S. EPA |
| Fifth Circuit, No. 25-60010 | Alliance for a Strong U.S. Battery Sector, et al. V. U.S. EPA, et al. |
| Sixth Circuit, No. 25-3007 | Microporous, LLC v. U.S. EPA, et al. |
| Sixth Circuit, No. 25-3011 | Ohio Chemistry Technology Council v. U.S. EPA |
| Eighth Circuit, No. 24-3634 | Olin Corporation v. U.S. EPA, et al. |
| Eighth Circuit, No. 25-1032 | Missouri Alliance for a Strong U.S. Battery Sector v. U.S. EPA, et al. |
| Ninth Circuit, No. 25-80 | Center for Environmental Health v. U.S. EPA, et al. |
| Eleventh Circuit, No. 25-10029 | American Chemistry Council, et al. v. U.S. EPA |
| Eleventh Circuit, No. 25-10033 | Trent Capital Partners, LLC v. U.S. EPA, et al. |
| D.C. Circuit, No. 25-1013 | United Automobile, Aerospace and Agricultural Implement Workers of America, AFL-CIO v. U.S. EPA |